JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRIAN HAVELKA,

          Plaintiff,

v.

TRANS UNION LLC,

          Defendants.

Case No. 2:25-cv-12218-SB-AS

**ORDER OF DISMISSAL**

Pursuant to Plaintiff Brian Havelka and Defendant Trans Union LLC's stipulation of dismissal, all Plaintiff's claims against Defendant Trans Union LLC are dismissed with prejudice, with court costs and attorneys' fees to be paid by the incurring party.

Date: March 31, 2026.

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1